Dismissed and Memorandum Opinion
filed September 10, 2009.

 

In
The

Fourteenth
Court of Appeals



NO. 14-09-00482-CV



CHCA Bayshore L.P.
d/b/a Bayshore Medical Center and Shinikee Atkins, LVN, Appellants 

v.

Margaret
Mayfield and Robert Mayfield as Next friend for Margaret Mayfield, Appellees 



On Appeal from
the County Court at Law No. 1

Galveston County, Texas

Trial Court
Cause No. 59,225



 

MEMORANDUM OPINION 

            This
is an appeal from a judgment signed May 1, 2009.  On August 31, 2009, the
parties filed a joint motion to dismiss the appeal because all issues have been
settled.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

                                                                        PER
CURIAM

Panel
consists of Justices Yates, Frost, and Brown.